**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CURTIS MOORE, MATTHEW SHORTT,**

        **Plaintiffs,**

**-vs-**                                              **Case No.  6:13-cv-1643-Orl-28TBS**

**EAST COAST FENCE AND GUARDRAIL**
**OF BREVARD, INC.,  BEVERLY**
**CATECHIS,**

        **Defendants.**
_____

# ORDER

This case is before the Court on the parties' Joint Motion to Approve the Parties' Proposed Settlement and Enter Dismissal with Prejudice (Doc. No. 22), and the parties' Joint Motion to Approve the Parties' Revised Proposed Settlement and Enter Dismissal with Prejudice (Doc. 24).  The United States Magistrate Judge has submitted a report recommending that the original motion be denied, and the revised motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.	That the Report and Recommendation filed April 7, 2014 (Doc. No. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.	The parties' Joint Motion to Approve the Parties' Proposed Settlement and Enter Dismissal with Prejudice (Doc. No. 22) is **DENIED**.

3. The parties' Joint Motion to Approve the Parties' Revised Proposed Settlement and Enter Dismissal with Prejudice (Doc. No. 24) is **GRANTED**.

4. The Court finds that the Revised Settlement Agreement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act issues.

5. This action is **DISMISSED with prejudice**.

6. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 25th day of April, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record